# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0290. KENNETH COCKRELL v. THE STATE.**

A jury found Kenneth Cockrell guilty of several offenses, including malice murder, and his convictions were affirmed on appeal. See *Cockrell v. State*, 281 Ga. 536 (640 SE2d 262) (2007). Thereafter, Cockrell filed a "Petition for Appropriate Relief" in the trial court challenging his trial counsel's failure to communicate a plea offer. The trial court dismissed the motion, and Cockrell filed this application for discretionary appeal.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly,

Cockrell's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  *02/06/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*